IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 108 SOUTH    Case No. 12-CV-193
FRANKLIN STREET, NORTH FREEDOM, SAUK
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

        Defendant.

---

ORDER FOR DEFAULT JUDGMENT AGAINST JESUS PERALTA

---

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant, Real Property Located at 108 South Franklin Street, North Freedom, Sauk County, Wisconsin, on March 22, 2012.

The complaint alleges that the Real Property Located at 108 South Franklin Street, North Freedom, Sauk County, Wisconsin, was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 801 et seq., punishable by more than one year imprisonment. The complaint further alleges that the defendant property is forfeitable to the United States under the provisions of 21 U.S.C. § 881(a)(7).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant, Real Property Located at 108 South Franklin Street, North Freedom, Sauk County, Wisconsin . The notices required that any claimant file a claim in this action.

Jesus Peralta has not filed a statement of interest, claim, or other responsive pleading pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for default judgment to be entered against Jesus Peralta; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The default judgment of forfeiture is hereby entered whereby all right, title, and interest of Jesus Peralta in the Real Property Located at 108 South Franklin Street, North Freedom, Sauk County, Wisconsin , is conveyed to the Plaintiff, United States of America.

DATED: *August 2, 2012*

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge

Entered this *3d* day of *August* 2012.

*Peter Oppeneer*
PETER OPPENEER, Clerk of Court
United States District Court

2