IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                              ORDER

                  Plaintiff,

                                        12-cv-193-bbc

      v.

108 SOUTH FRANKLIN STREET,
NORTH FREEDOM, SAUK COUNTY,
WISCONSIN WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON and ELISSA PERALTA,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has informed the court that the parties have reached settlement in this case. The parties may have 30 days in which to complete the settlement. If settlement has not been accomplished by that time, the parties are to report on the status of the matter at a telephone conference on Wednesday, May 29, 2013, at 8:30 a.m. The government is to initiate the conference call to chambers at (608) 264-5447. If, before May 29, 2013, the parties have advised the court that it may enter its standard order of dismissal or has filed

a statement confirming settlement, the status conference will be canceled.

      Entered this 29th day of April, 2013.

                        BY THE COURT:

                        /s/
                        BARBARA B. CRABB
                        District Judge